

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD.** and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Liza A. Rodriguez, Justice

The Appellants' (Rick Harrison, Kevin Brown and Waller, Lansden, Dortch & Davis LLP) Motion to Withdraw as Attorneys of Record is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2020.



Michael A. Cruz,
Clerk of Court